# EXHIBIT B

Initial Appearance Fee Disclosure filed February 15, 2024

# EXHIBIT B

Electronically Filed
2/15/2024 12:13 PM
Steven D. Grierson
CLERK OF THE COURT

P. STERLING KERR, ESQ.
Nevada Bar No. 3978
GEORGE E. ROBINSON, ESQ.
Nevada Bar No. 9667
KERR SIMPSON ATTORNEYS AT LAW
2900 W. Horizon Ridge Parkway, Suite 200
Henderson, Nevada 89052
Telephone No. (702) 451–2055
Facsimile No. (702) 451-2077
Email: sterling@kerrsimpsonlaw.com
Email: george@kerrsimpsonlaw.com
*Attorneys for Plaintiff*

CASE NO: A-24-887250-C
Department 13

**DISTRICT COURT**
**CLARK COUNTY, NEVADA**

| | |
|---|---|
| MELISSA HUTCHISON aka PHOENIX MARIE, an individual, | Case No.: |
| | Dept. No.: |
| Plaintiff, | |
| v. | |
| ETHICAL CAPITAL PARTNERS, a foreign entity; AYLO PREMIUM LTD., a foreign corporation; DM PRODUCTIONS, a foreign entity; DIGITAL PLAYGROUND, a foreign entity; MIND GEEK USA INCORPORATED, a foreign entity; MG PREMIUM LTD, a foreign entity; DM PRODUCTIONS, a foreign entity; DIGITAL PLAYGROUND, a foreign entity; DANNY MARTIN aka DANNY D, an individual; FRANK PETOSA an individual; RYAN HOGAN, an individual; MICHAEL WOODSIDE, an individual; and DOES 1 through 50. | |
| Defendants. | |

**PLAINTIFFS' INITIAL APPEARANCE FEE DISCLOSURE**
**(NRS CHAPTER 19)**

Pursuant to NRS Chapter 19, as amended by Senate Bill 106, filing fees are submitted for parties appearing in the above-entitled action as indicated below:

/ / /

| **New Complaint Fee** | **1st Appearance Fee** |
|---|---|
| ☐ $1530  ☐ $520  ☐ $299  ☒ $270.00 | ☐ $1483.00  ☐ $473.00  ☐ $223.00 |

Name:  MELISSA HUTCHISON aka PHOENIX MARIE

TOTAL REMITTED:                Total Paid            $270.00

DATED this 15th day of February 2024.

                KERR SIMPSON ATTORNEYS AT LAW

 /s/ George E. Robinson
P. STERLING KERR, ESQ.
Nevada Bar No. 3978
GEORGE E. ROBINSON, ESQ.
Nevada Bar No. 9667
2900 W. Horizon Ridge Pkwy., Suite 200
Henderson, Nevada 89052
Telephone No. (702) 451–2055
Facsimile No. (702) 451-2077
sterling@kerrsimpsonlaw.com
george@kerrsimpsonlaw.com
*Attorneys for Plaintiff*