# EXHIBIT C

Peremptory Challenge
filed February 26, 2024

# EXHIBIT C

Electronically Filed
2/26/2024 2:30 PM
Steven D. Grierson
CLERK OF THE COURT

P. STERLING KERR, ESQ.
Nevada Bar No. 3978
GEORGE E. ROBINSON, ESQ.
Nevada Bar No. 9667
KERR SIMPSON ATTORNEYS AT LAW
2900 W. Horizon Ridge Parkway, Suite 200
Henderson, Nevada 89052
Telephone No. (702) 451-2055
Facsimile No. (702) 451-2077
sterling@kerrsimpsonlaw.com
george@kerrsimpsonlaw.com
*Attorneys for Plaintiff*

**DISTRICT COURT**
**CLARK COUNTY, NEVADA**

| | |
|---|---|
| MELISSA HUTCHISON aka PHOENIX MARIE, an individual, | Case No.: A-24-887250-C |
| Plaintiff, | Dept. No.: 13 |
| v. | **PEREMPTORY CHALLENGE** |
| ETHICAL CAPITAL PARTNERS, a foreign entity; AYLO PREMIUM LTD., a foreign corporation; DM PRODUCTIONS, a foreign entity; DIGITAL PLAYGROUND, a foreign entity; MIND GEEK USA INCORPORATED, a foreign entity; MG PREMIUM LTD, a foreign entity; DM PRODUCTIONS, a foreign entity; DIGITAL PLAYGROUND, a foreign entity; DANNY MARTIN aka DANNY D, an individual; FRANK PETOSA an individual; RYAN HOGAN, an individual; MICHAEL WOODSIDE, an individual; and DOES 1 through 50. | |
| Defendants | |

Pursuant to Supreme Court Rule 48.1, Plaintiff, MELISSA HUTCHISON aka PHOENIX MARIE,

///

///

1 of 2

hereby exercises her right of peremptory challenge of Judge Mark R. Denton in the above-referenced matter.

DATED this 26th day of February 2024.

KERR SIMPSON ATTORNEYS AT LAW

 */s/ George E. Robinson*
P. STERLING KERR, ESQ.
Nevada Bar No. 003978
GEORGE E. ROBINSON, ESQ.
Nevada Bar No. 9667
2900 W. Horizon Ridge Parkway, Suite 200
Henderson, Nevada 89052
Telephone No. (702) 451-2055
sterling@kerrsimpsonlaw.com
george@kerrsimpsonlaw.com
*Attorneys for Plaintiff*