Rory T. Kay (NSBN 12416)
John A. Fortin (NSBN 15221)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rkay@mcdonaldcarano.com
jfortin@mcdonaldcarano.com

*Attorneys for Defendants Frank Petosa,*
*Ryan Hogan, and Michael Woodside*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MELISSA HUTCHISON aka PHOENIX MARIE, an individual, | Case No.: |
| Plaintiffs, | **NOTICE OF APPEARANCE OF COUNSEL** |
| vs. | |
| ETHICAL CAPITAL PARTNERS, a foreign entity; AYLO PREMIUM LTD., a foreign corporation; DM PRODUCTIONS, a foreign entity; DIGITAL PLAYGROUND, a foreign entity; MIND GEEK USA INCORPORATED, a foreign entity; MG PREMIUM LTD, a foreign entity; DM PRODUCTIONS, a foreign entity; DIGITAL PLAYGROUND, a foreign entity; DANNY MARTIN aka DANNY D, an individual; FRANK PETOSA an individual; RYAN HOGAN, an individual; MICHAEL WOODSIDE, an individual; and DOES 1 through 50, | |
| Defendants. | |

Please take notice that Rory T. Kay and John A. Fortin, of McDonald Carano LLP, hereby enter an appearance in the above-entitled matter for and on behalf of Defendants Frank Petosa, Ryan Hogan, and Michael Woodside (collectively, the "Removing Defendants"), and request that copies of all notices and pleadings given or filed in this case be served upon the Removing Defendants' attorneys as follows:

///

Rory T. Kay, Esq.
John A. Fortin, Esq.
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
rkay@mcdonaldcarano.com
jfortin@mcdonaldcarano.com

Dated this 5th day of April, 2024.

McDONALD CARANO LLP

By: /s/ *Rory T. Kay*
Rory T. Kay (NSBN 12416)
John A. Fortin (NSBN 15221)
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
rkay@mcdonaldcarano.com
jfortin@mcdonaldcarano.com

*Attorneys for Defendants Frank Petosa,*
*Ryan Hogan, and Michael Woodside*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that on April 5, 2024, a copy of the foregoing **NOTICE OF APPEARANCE OF COUNSEL** was filed electronically through the Court's CM/ECF system, which causes service upon all counsel registered thereon.

        */s/  CaraMia Gerard*
        An employee of McDonald Carano LLP

McDONALD CARANO

2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA 89102
PHONE 702.873.4100 • FAX 702.873.9966