# EXHIBIT D

Notice Of Department Reassignment filed February 27, 2024

# EXHIBIT D

Electronically Filed
2/27/2024 4:08 PM
Steven D. Grierson
CLERK OF THE COURT

**DISTRICT COURT**
**CLARK COUNTY, NEVADA**
* * * *

| | |
|---|---|
| MELISSA HUTCHISON, PLAINTIFF(S) <br><br> VS. <br><br> ETHICAL CAPITAL PARTNERS ET AL., <br><br> DEFENDANT(S) | Case No.: A-24-887250-C <br><br> DEPARTMENT 16 |

**NOTICE OF DEPARTMENT REASSIGNMENT**

NOTICE IS HEREBY GIVEN that the above-entitled action has been randomly reassigned to Judge Timothy C. Williams.

☒  This reassignment follows the filing of a Peremptory Challenge of Judge Mark R. Denton.

ANY TRIAL DATE AND ASSOCIATED TRIAL HEARINGS STAND BUT MAY BE RESET BY THE NEW DEPARTMENT.  PLEASE INCLUDE THE NEW DEPARTMENT NUMBER ON ALL FUTURE FILINGS.

STEVEN D. GRIERSON, CEO/Clerk of the Court

By: /s/ Salevao Asifoa
    Salevao Asifoa, Deputy Clerk of the Court

**CERTIFICATE OF SERVICE**

I hereby certify that this 27th day of February, 2024

☒  The foregoing Notice of Department Reassignment was electronically served to all registered parties for case number A-24-887250-C.

/s/ Salevao Asifoa
Salevao Asifoa, Deputy Clerk of the Court

Case Number: A-24-887250-C