Rory T. Kay (NSBN 12416)
John A. Fortin (NSBN 15221)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rkay@mcdonaldcarano.com
jfortin@mcdonaldcarano.com

*Attorneys for Defendants Frank Petosa,
Ryan Hogan, and Michael Woodside*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MELISSA HUTCHISON aka PHOENIX MARIE, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>ETHICAL CAPITAL PARTNERS, a foreign entity; AYLO PREMIUM LTD., a foreign corporation; DM PRODUCTIONS, a foreign entity; DIGITAL PLAYGROUND, a foreign entity; MIND GEEK USA INCORPORATED, a foreign entity; MG PREMIUM LTD, a foreign entity; DM PRODUCTIONS, a foreign entity; DIGITAL PLAYGROUND, a foreign entity; DANNY MARTIN aka DANNY D, an individual; FRANK PETOSA an individual; RYAN HOGAN, an individual; MICHAEL WOODSIDE, an individual; and DOES 1 through 50,<br><br>Defendants. | Case No.: 2:24-cv-00673-GMN-BNW<br><br>**CERTIFICATE OF INTERESTED PARTIES** |

Under Federal Rule of Civil Procedure 7.1 and Local Rule 7.1-1, Defendants Frank Petosa ("Defendant Petosa"), Ryan Hogan ("Defendant Hogan"), and Michael Woodside ("Defendant Woodside") (collectively, the "Removing Defendants"), by and through their undersigned counsel, hereby certify that the following have an interest in the outcome of the case:

    1.    Defendant Frank Petosa is an individual, not an entity, and therefore, there are no known interested parties for Defendant Petosa.

2. Defendant Ryan Hogan is an individual, not an entity, and therefore, there are no known interested parties for Defendant Hogan.

3. Defendant Michael Woodside is an individual, not an entity, and therefore, there are no know interested parties for Defendant Woodside.

These representations made by the Removing Defendants are made to enable the Court to evaluate possible disqualifications or recusal.

Dated this 18th day of April, 2024.

McDONALD CARANO LLP

By: /s/ *Rory T. Kay*
Rory T. Kay (NSBN 12416)
John A. Fortin (NSBN 15221)
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
rkay@mcdonaldcarano.com
jfortin@mcdonaldcarano.com

*Attorneys for Defendants Frank Petosa, Ryan Hogan, and Michael Woodside*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 18, 2024, a copy of the foregoing **CERTIFICATE OF INTERESTED PARTIES** was filed electronically through the Court's CM/ECF system, which causes service upon all counsel registered thereon.

/s/ *CaraMia Gerard*
An employee of McDonald Carano LLP