P. STERLING KERR, ESQ.
Nevada Bar No. 3978
GEORGE E. ROBINSON, ESQ.
Nevada Bar No. 9667
KERR SIMPSON ATTORNEYS AT LAW
2900 W. Horizon Ridge Parkway, Suite 200
Henderson, Nevada 89052
Telephone No. (702) 451–2055
Facsimile No. (702) 451-2077
Email: sterling@kerrsimpsonlaw.com
Email: george@kerrsimpsonlaw.com

CARRIE GOLDBERG, *Pro hac vice* To be filed
C. A. GOLDBERG, PLLC
16 Court Street, 33rd Fl.
Telephone No. (646) 666-8908
Email: carrie@cagoldberglaw.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MELISSA HUTCHISON aka PHOENIX MARIE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ETHICAL CAPITAL PARTNERS, a foreign entity; AYLO PREMIUM LTD., a foreign corporation; DM PRODUCTIONS, a foreign entity; DIGITAL PLAYGROUND, a foreign entity; MIND GEEK USA INCORPORATED, a foreign entity; MG PREMIUM LTD, a foreign entity; DM PRODUCTIONS, a foreign entity; DIGITAL PLAYGROUND, a foreign entity; DANNY MARTIN aka DANNY D, an individual; FRANK PETOSA an individual; RYAN HOGAN, an individual; MICHAEL WOODSIDE, an individual; and DOES 1 through 50.<br><br>Defendants. | Case No.: 2:24-CV-00673-GMN-BNW<br><br>**ACCEPTANCE OF SERVICE OF SUMMONS AND COMPLAINT BY DEFENDANT'S COUNSEL** |

1  COMES NOW Defendants, FRANK PETOSA, RYAN HOGAN, and MICHAEL
2 WOODSIDE, by and through their counsel John Fortin, Esq., hereby accepts service of Plaintiff,
3 MELISSA HUTCHISON aka PHOENIX MARIE's Summons and Complaint. Defendants shall
4 have thirty (30) days to file a responsive pleading.

5  Dated this 31st day of May, 2024.

/s/ John Fortin
John Fortin, Esq., NB #15221
2300 West Sahara Avenue | Suite 1200
Las Vegas, NV 89102

## RE: Acceptance of Service

**John A. Fortin** <jfortin@mcdonaldcarano.com>
Fri 5/31/2024 12:47 PM

To: Jennifer Hogan <jennifer@kerrsimpsonlaw.com>;George Robinson <george@kerrsimpsonlaw.com>
Cc: Rory T. Kay <rkay@mcdonaldcarano.com>;Leah Jennings <ljennings@mcdonaldcarano.com>

You may affix my e-signature to the document. Thanks.

**John Fortin** | Attorney

 McDonald Carano

**P:** 702.873.4100 | **E:** jfortin@mcdonaldcarano.com

---

**From:** Jennifer Hogan <jennifer@kerrsimpsonlaw.com>
**Sent:** Friday, May 31, 2024 12:44 PM
**To:** John A. Fortin <jfortin@mcdonaldcarano.com>; George Robinson <george@kerrsimpsonlaw.com>
**Cc:** Rory T. Kay <rkay@mcdonaldcarano.com>; Leah Jennings <ljennings@mcdonaldcarano.com>
**Subject:** Re: Acceptance of Service

Please see the attached changes.

Thank you,

*Jennifer Hogan, Paralegal*

Kerr Simpson Attorneys at Law

2900 W. Horizon Ridge Pkwy, Suite 200

Henderson, NV 89052

P: (702) 451-2055

F: (702) 451-2077

Kerr Simpson Attorneys at Law Standard Disclaimer

This electronic mail message and any attachments are confidential and may also contain privileged attorney-client information or work product. The message and any attachments are intended only for the use of the addressee. If you are not the intended recipient, or the person responsible to deliver it to the intended recipient, you may not