# EXHIBIT A

PETOSA DECLARATION

Rory T. Kay (NSBN 12416)
John A. Fortin (NSBN 15221)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rkay@mcdonaldcarano.com
jfortin@mcdonaldcarano.com

*Attorneys for Defendants Frank Petosa,
Ryan Hogan, and Michael Woodside*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MELISSA HUTCHISON aka PHOENIX MARIE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>ETHICAL CAPITAL PARTNERS, a foreign entity; AYLO PREMIUM LTD, a foreign corporation; DM PRODUCTIONS, a foreign entity; DIGITAL PLAYGROUND, a foreign entity; MIND GEEK USA INCORPORATED, a foreign entity; MG PREMIUM LTD, a foreign entity; DM PRODUCTIONS, a foreign entity; DIGITAL PLAYGROUND, a foreign entity; DANNY MARTIN aka DANNY D, an individual; FRANK PETOSA an individual; RYAN HOGAN, an individual; MICHAEL WOODSIDE, an individual; and DOES 1 through 50,<br><br>Defendants. | CASE NO. 2:24-cv-00673-GMN-BNW<br><br>**DECLARATION OF FRANK PETOSA IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT** |

I, Frank Petosa, hereby declare as follows:

1. I am named as a Defendant in the above-captioned action. Unless otherwise stated, I make this declaration of the following facts from my direct, personal knowledge, and would competently testify thereto if called as a witness.

2. I have reviewed the First Amended Complaint ("FAC") in the instant action, and I am familiar with the allegations made therein.

/ / /

3.      I am not, and never have been, an officer, executive, or employee of any of the other Defendants named in this action. I have never had any involvement in the day-to-day activities or any decision making for any of the other Defendants named in this action. I am not, and never have been, authorized to act on behalf of any of the other Defendants named in this action.

4.      I am a resident of Quebec City, Canada. I have never resided in Nevada or anywhere else in the United States. I have never had a Nevada mailing address or phone number. I have never owned or leased any real estate or any other property in Nevada. I have never had any bank accounts in Nevada. I have never been required to pay any income or business taxes in the state of Nevada. I have never operated any businesses located in Nevada. I have never filed a lawsuit in Nevada.

5.      Since 2019, I have visited Nevada only two or three times to attend the annual AVN Adult Entertainment Expo. None of these visits had anything to do with claims asserted in the FAC. I have not had any discussions with anyone in Nevada regarding the claims asserted in the FAC.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 1st day of July 2024.

*/s/ Frank Petosa*
Frank Petosa