# EXHIBIT C

WOODSIDE DECLARATION

1  Rory T. Kay (NSBN 12416)
   John A. Fortin (NSBN 15221)
2  McDONALD CARANO LLP
   2300 West Sahara Avenue, Suite 1200
3  Las Vegas, Nevada 89102
   Telephone: (702) 873-4100
4  rkay@mcdonaldcarano.com
   jfortin@mcdonaldcarano.com
5
   *Attorneys for Defendants Frank Petosa,*
6  *Ryan Hogan, and Michael Woodside*

7                    **UNITED STATES DISTRICT COURT**

8                        **DISTRICT OF NEVADA**

9  MELISSA HUTCHISON aka PHOENIX          CASE NO.  2:24-cv-00673-GMN-BNW
   MARIE, an individual,
10                                         **DECLARATION OF MICHAEL**
                   Plaintiff,              **WOODSIDE IN SUPPORT OF MOTION**
11                                         **TO DISMISS PLAINTIFF'S FIRST**
        vs.                                **AMENDED COMPLAINT**
12
   ETHICAL CAPITAL PARTNERS, a foreign
13 entity; AYLO PREMIUM LTD, a foreign
   corporation; DM PRODUCTIONS, a foreign
14 entity; DIGITAL PLAYGROUND, a foreign
   entity; MIND GEEK USA
15 INCORPORATED, a foreign entity; MG
   PREMIUM LTD, a foreign entity; DM
16 PRODUCTIONS, a foreign entity; DIGITAL
   PLAYGROUND, a foreign entity; DANNY
17 MARTIN aka DANNY D, an individual;
   FRANK PETOSA an individual; RYAN
18 HOGAN, an individual; MICHAEL
   WOODSIDE, an individual; and DOES 1
19 through 50,

20                  Defendants.

21

22 I, Michael Woodside, hereby declare as follows:

23      1.      I am named as a Defendant in the above-captioned action.  Unless otherwise stated,

24 I make this declaration of the following facts from my direct, personal knowledge, and would

25 competently testify thereto if called as a witness.

26      2.      I have reviewed the First Amended Complaint ("FAC") in the instant action, and I

27 am familiar with the allegations made therein.

28 / / /

3.      I am not, and never have been, an officer, executive, or employee of any of the other Defendants named in this action.  I have never had any involvement in the day-to-day activities or any decision making for any of the other Defendants named in this action.  I am not, and never have been, authorized to act on behalf of any of the other Defendants named in this action.

4.      I am a resident of Montreal, Canada.  I have never resided in Nevada or anywhere else in the United States.  I have never had a Nevada mailing address or phone number.  I have never owned or leased any real estate or any other property in Nevada.  I have never had any bank accounts in Nevada.  I have never been required to pay any income or business taxes in the state of Nevada. I have never operated any businesses located in Nevada.  I have never filed a lawsuit in Nevada.

5.      Since 2019, I have visited Nevada only three times to attend the annual AVN Adult Entertainment Expo.  None of these visits had anything to do with claims asserted in the FAC.  I have not had any discussions with anyone in Nevada regarding the claims asserted in the FAC.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 1st day of July 2024.

/s/ Michael Woodside
Michael Woodside