P. STERLING KERR, ESQ.
Nevada Bar No. 3978
GEORGE E. ROBINSON, ESQ.
Nevada Bar No. 9667
KERR SIMPSON ATTORNEYS AT LAW
2900 W. Horizon Ridge Parkway, Suite 200
Henderson, Nevada 89052
Telephone No. (702) 451–2055
Facsimile No. (702) 451-2077
Email: sterling@kerrsimpsonlaw.com
Email: george@kerrsimpsonlaw.com

CARRIE GOLDBERG, *Pro hac vice* To be filed
C. A. GOLDBERG, PLLC
16 Court Street, 33rd Fl.
Telephone No. (646) 666-8908
Email: carrie@cagoldberglaw.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MELISSA HUTCHINSON aka PHOENIX MARIE, an individual, | Case No.: 2:24-CV-00673-GMN-BNW |
| Plaintiff, | |
| v. | **ORDER ON STIPULATION** |
| ETHICAL CAPITAL PARTNERS LTD., a foreign entity; AYLO PREMIUM LTD., a foreign corporation; DM PRODUCTIONS LTD., a foreign entity; DIGITAL PLAYGROUND, a foreign entity; MIND GEEK USA INCORPORATED, a foreign entity; MG PREMIUM LTD, a foreign entity; DM PRODUCTIONS, a foreign entity; DIGITAL PLAYGROUND, a foreign entity; DANNY MARTIN aka DANNY D, an individual; FRANK PETOSA an individual; RYAN HOGAN, an individual; MICHAEL WOODSIDE, an individual; and DOES 1 through 50. | |
| Defendants. | |

Under LR IA 6-1 and 6-2 and LR 7-1, Plaintiff Melissa Hutchinson aka Phoenix Marie

Under LR IA 6-1 and 6-2 and LR 7-1, Plaintiff Melissa Hutchinson aka Phoenix Marie ("Plaintiff") and defendants Frank Petosa, Ryan Hogan, and Michael Woodside ("Removing Defendants"), by and through their attorneys, hereby agree and stipulate to the following:

1. On February 15, 2024, Plaintiff filed a Complaint in the Eighth Judicial District Court, Case No. A-24-887250-C, naming twelve defendants, including the Removing Defendants.

2. On April 5, 2024, the Removing Defendants filed a Notice of Removal to this Court. [ECF No. 1].

3. The Removing Defendants served Notice of Removal on Plaintiff's counsel on April 9, 2024.

4. On May 3, 2024, Plaintiff filed her First Amended Complaint ("FAC"). [ECF No. 9].

5. On May 31, 2024, the Removing Defendants accepted service of the summons and complaint. [ECF No. 12].

6. On July 1, 2024, the Removing Defendants filed their Motion to Dismiss the FAC. [ECF No. 13].

7. Therein, the Removing Defendants made several jurisdictional arguments. *See id*.

8. On July 2, 2024, the Court issued its minute order regarding discovery plan and scheduling order. [ECF No. 14].

9. The Parties stipulated and agreed to a 14-day extension for Plaintiff to file a Response to the Removing Defendants Motion and Reply to Motion. [ECF No. 15].

10. The Parties hereby stipulate to another extension of the response deadline to the Motion to Dismiss of 14 days. The Response will be due on August 9, 2024. The Reply shall be due September 6, 2024.

11. This is the second request to extend the deadline for Plaintiff to oppose the Removing Defendants' motion to dismiss and the Removing Defendants' reply brief to Plaintiff's opposition.

12. This request an extension of time is not intended to cause any delay or prejudice any party.

Dated this 25th day of July, 2024.

**KERR SIMPSON ATTORNEYS AT LAW**

By: /s/ George E. Robinson
P. Sterling Kerr, Esq. (NSBN 3978)
George E. Robinson (NSBN 9667)
2900 W. Horizon Ridge Pkwy. Suite 200
Henderson, Nevada 89052
*Attorneys for Plaintiff Melissa Hutchinson aka Phoenix Marie*

**McDONALD CARANO LLP**

By: /s/ John Fortin
Rory T. Kay (NSBN 12416)
John A. Fortin (NSBN 15221)
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
*Attorneys for Defendants Frank Petosa, Ryan Hogan, and Michael Woodside*

**IT IS SO ORDERED**.

_____
UNITED STATES DISTRICT JUDGE

DATED: July 26, 202\_\_

# Jennifer Hogan

| | |
|---|---|
| **From:** | George Robinson |
| **Sent:** | Thursday, July 25, 2024 10:01 AM |
| **To:** | Jennifer Hogan |
| **Subject:** | FW: Hutchison v. Ethical Capital |

**From:** John A. Fortin <jfortin@mcdonaldcarano.com>
**Sent:** Thursday, July 25, 2024 10:00 AM
**To:** George Robinson <george@kerrsimpsonlaw.com>; Sterling Kerr <sterling@kerrsimpsonlaw.com>
**Cc:** Rory T. Kay <rkay@mcdonaldcarano.com>; Leah Jennings <ljennings@mcdonaldcarano.com>; No Scrub <NoScrub@mcdonaldcarano.com>
**Subject:** RE: Hutchison v. Ethical Capital

You may file. Thanks George.

**John Fortin** | Attorney



**P:** 702.873.4100 | **E:** jfortin@mcdonaldcarano.com

**From:** George Robinson <george@kerrsimpsonlaw.com>
**Sent:** Thursday, July 25, 2024 9:58 AM
**To:** John A. Fortin <jfortin@mcdonaldcarano.com>; Sterling Kerr <sterling@kerrsimpsonlaw.com>
**Cc:** Rory T. Kay <rkay@mcdonaldcarano.com>; Leah Jennings <ljennings@mcdonaldcarano.com>; No Scrub <NoScrub@mcdonaldcarano.com>
**Subject:** RE: Hutchison v. Ethical Capital

Let me know if this is good to file.  Thanks.
George

**From:** John A. Fortin <jfortin@mcdonaldcarano.com>
**Sent:** Thursday, July 25, 2024 9:13 AM
**To:** George Robinson <george@kerrsimpsonlaw.com>; Sterling Kerr <sterling@kerrsimpsonlaw.com>
**Cc:** Rory T. Kay <rkay@mcdonaldcarano.com>; Leah Jennings <ljennings@mcdonaldcarano.com>; No Scrub <NoScrub@mcdonaldcarano.com>
**Subject:** RE: Hutchison v. Ethical Capital

George,

Thank you for your patience with this.  First, in saving the version attached on our system, your formatting got messed and I do apologize about that.  We made slight edits to the caption to conform with the Local Rules.  Also, when looking at our schedule, we realized we needed to navigate the reply date with our previously scheduled vacations.  Therefore, we pushed our reply to September 6, 2024.  Please let me know if that is a problem.