Rory T. Kay (NSBN 12416)
John A. Fortin (NSBN 15221)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rkay@mcdonaldcarano.com
jfortin@mcdonaldcarano.com

*Attorneys for Defendant*
*Aylo Premium Ltd*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MELISSA HUTCHISON aka PHOENIX MARIE, an individual,,<br><br>Plaintiff,<br><br>v.<br><br>ETHICAL CAPITAL PARTNERS, a foreign entity; AYLO PREMIUM LTD, a foreign corporation; DM PRODUCTIONS, a foreign entity; DIGITAL PLAYGROUND, a foreign entity; MIND GEEK USA INCORPORATED, a foreign entity; MG PREMIUM LTD, a foreign entity; DM PRODUCTIONS, a foreign entity; DIGITAL PLAYGROUND, a foreign entity; DANNY MARTIN aka DANNY D, an individual; FRANK PETOSA an individual; RYAN HOGAN, an individual; MICHAEL WOODSIDE, an individual; and DOES 1 through 50,,<br><br>Defendants. | Case No. 2:24-cv-00673-GMN-BNW<br><br><br>NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT AYLO PREMIUM LTD |

Please take notice that Rory T. Kay and John A. Fortin, of McDonald Carano LLP, hereby enter an appearance in the above-entitled matter for and on behalf of Defendant Aylo Premium Ltd ("Aylo"),[1] and request that copies of all notices and pleadings given or filed in this case be served upon Aylo's attorneys as follows:

---

[1] Plaintiff purportedly served Aylo on July 9, 2024, via the Hague. Nothing about this notice of appearance waives or forfeits Aylo's right to challenge service. *See Hamer v. Neighborhood Housing Services of Chicago*, 583 U.S. 17, 20 n.1 (2017).

1  Rory T. Kay, Esq.
2  John A. Fortin, Esq.
   McDONALD CARANO LLP
3  2300 West Sahara Avenue, Suite 1200
   Las Vegas, Nevada 89102
4  rkay@mcdonaldcarano.com
   jfortin@mcdonaldcarano.com

5

6  Dated this 29th day of July, 2024

7

8                                    McDONALD CARANO LLP

9

10                                   By: */s/ Rory T. Kay*
                                         Rory T. Kay (NSBN 12416)
11                                       John A. Fortin (NSBN 15221)
                                         2300 West Sahara Avenue, Suite 1200
12                                       Las Vegas, Nevada 89102
                                         Telephone: (702) 873-4100
13                                       rkay@mcdonaldcarano.com
                                         jfortin@mcdonaldcarano.com
14
                                         *Attorneys for Defendants*
15                                       *Aylo Premium Ltd.*

16

17

18

19

20

21

22

23

24

25

26

27

28

4864-1130-1843.4                     2

# CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of July, 2024, a true and correct copy of the foregoing **NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT AYLO PREMIUM LTD** was filed electronically through the Court's CM/ECF system, which causes service upon all counsel registered thereon.

By: _Leah Jennings_
An employee of McDonald Carano LLP