Rory T. Kay (NSBN 12416)
John A. Fortin (NSBN 15221)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rkay@mcdonaldcarano.com
jfortin@mcdonaldcarano.com

*Attorneys for Defendant*
*Aylo Premium Ltd,*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MELISSA HUTCHISON aka PHOENIX MARIE, an individual,, <br><br> Plaintiff, <br><br> v. <br><br> ETHICAL CAPITAL PARTNERS, a foreign entity; AYLO PREMIUM LTD, a foreign corporation; DM PRODUCTIONS, a foreign entity; DIGITAL PLAYGROUND, a foreign entity; MIND GEEK USA INCORPORATED, a foreign entity; MG PREMIUM LTD, a foreign entity; DM PRODUCTIONS, a foreign entity; DIGITAL PLAYGROUND, a foreign entity; DANNY MARTIN aka DANNY D, an individual; FRANK PETOSA an individual; RYAN HOGAN, an individual; MICHAEL WOODSIDE, an individual; and DOES 1 through 50,, <br><br> Defendants. | Case No. 2:24-cv-00673-GMN-BNW <br><br> **CERTIFICATE OF INTERESTED PARTIES FOR DEFENDANT AYLO PREMIUM LTD** |

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1-1, Defendant Aylo Premium Ltd ("Aylo"),[1] by and through its undersigned counsel, certifies that the following may have a direct, pecuniary interest in the outcome of this case:

---

[1] Plaintiff purportedly served Aylo on July 9, 2024, via the Hague. Aylo's filing of this certificate does not waive or forfeit Aylo's right to challenge service, which Aylo expressly reserves. *See Hamer v. Neighborhood Housing Services of Chicago*, 583 U.S. 17, 20 n.1 (2017).

4874-0292-8083.6

1. Aylo was incorporated in the Republic of Cyprus, where it also maintains its principal place of business. Aylo is a wholly-owned subsidiary of Aylo Group Ltd, which is itself a wholly-owned subsidiary of Licensing IP International S.à R.L. Licensing IP International S.à R.L. is itself a wholly-owned subsidiary of Aylo Holdings S.à R.L.

2. There is no publicly held corporation that owns 10% or more of Aylo's stock.

These representations are made to enable the Court to evaluate possible disqualifications or recusal.

Dated this 29th day of July, 2024

                McDONALD CARANO LLP

                By: */s/ Rory T. Kay*
                   Rory T. Kay (NSBN 12416)
                   John A. Fortin (NSBN 15221)
                   2300 West Sahara Avenue, Suite 1200
                   Las Vegas, Nevada 89102
                   Telephone: (702) 873-4100
                   rkay@mcdonaldcarano.com
                   jfortin@mcdonaldcarano.com

                   *Attorneys for Defendant*
                   *Aylo Premium Ltd*

### CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of July, 2024, a true and correct copy of the foregoing **CERTIFICATE OF INTERESTED PARTIES FOR DEFENDANT AYLO PREMIUM LTD** was filed electronically through the Court's CM/ECF system, which causes service upon all counsel registered thereon.

By: *Leah Jennings*
An employee of McDonald Carano LLP

4874-0292-8083.6

3