Rory T. Kay (NSBN 12416)
John A. Fortin (NSBN 15221)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rkay@mcdonaldcarano.com
jfortin@mcdonaldcarano.com

*Attorneys for Defendant*
*Aylo Premium Ltd*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MELISSA HUTCHISON aka PHOENIX MARIE, an individual,,<br><br>Plaintiff,<br><br>v.<br><br>ETHICAL CAPITAL PARTNERS, a foreign entity; AYLO PREMIUM LTD., a foreign corporation; DM PRODUCTIONS, a foreign entity; DIGITAL PLAYGROUND, a foreign entity; MIND GEEK USA INCORPORATED, a foreign entity; MG PREMIUM LTD, a foreign entity; DM PRODUCTIONS, a foreign entity; DIGITAL PLAYGROUND, a foreign entity; DANNY MARTIN aka DANNY D, an individual; FRANK PETOSA an individual; RYAN HOGAN, an individual; MICHAEL WOODSIDE, an individual; and DOES 1 through 50,,<br><br>Defendants. | Case No. 2:24-cv-00673-GMN-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT AYLO PREMIUM LTD TO FILE RESPONSIVE PLEADING TO FIRST AMENDED COMPLAINT**<br><br>**(FIRST REQUEST)** |

Under LR IA 6-1 and 6-2 and LR 7-1, Plaintiff Melissa Hutchison aka Phoenix Marie ("Plaintiff") and Defendant Aylo Premium Ltd ("Aylo"), [1] by and through their attorneys, hereby agree and stipulate to the following:

---

[1] Plaintiff purportedly served Aylo on July 9, 2024, via the Hague. Nothing about this stipulation waives or forfeits Aylo's right to challenge service. *See Hamer v. Neighborhood Housing Services of Chicago*, 583 U.S. 17, 20 n.1 (2017).

4874-6859-5411.4

1. On February 15, 2024, Plaintiff filed a Complaint in the Eighth Judicial District Court, Case No. A-24-887250-C, naming twelve defendants, including Defendants Frank Petosa, Michael Woodside, and Ryan Hogan (the "Removing Defendants").

2. On April 5, 2024, the Removing Defendants filed a Notice of Removal to this Court. [ECF No. 1].

3. The Removing Defendants served Notice of Removal on Plaintiff's counsel on April 9, 2024.

4. On May 3, 2024, Plaintiff filed her First Amended Complaint ("FAC"). [ECF No. 9].

5. On May 31, 2024, the Removing Defendants accepted service of the summons and complaint. [ECF No. 12].

6. On July 1, 2024, the Removing Defendants filed their Motion to Dismiss the FAC. [ECF No. 13].

7. Therein, the Removing Defendants made several jurisdictional arguments. *See id*.

8. On July 15, 2024, after the Removing Defendants and Plaintiff stipulated, the Court ordered all statutory and procedural deadlines stayed under Nevada law, the Fed. R. Civ. P., and the Court's local rules as to the Removing Defendants until the Court resolves the pending motion to dismiss. [ECF No. 16].

9. The Removing Defendants and Plaintiff submitted a second stipulation and proposed order resetting the deadline for Plaintiff's opposition to the Removing Defendants' motion to dismiss as well as resetting the deadline for the Removing Defendants' reply. [ECF No. 17]. That request remains outstanding.

10. On July 9, 2024, Plaintiff purportedly served Aylo via the Hague. Under Fed. R. Civ. P. 12(a)(1)(A)(i), Aylo's responsive pleading is due on July 30, 2024.

11. The Parties stipulated and agreed to 24-day extension (i.e., August 23, 2024) for Aylo to file its responsive pleading.

12. This is the first request to extend the deadline for Aylo to file a responsive pleading.

13. These requests for extensions of time is not intended to cause any delay or prejudice any party.

Dated this 29th day of July, 2024.

| McDONALD CARANO LLP | KERR SIMPSON ATTORNEYS AT LAW |
|---|---|
| By: /s/ Rory T. Kay<br>Rory T. Kay (NSBN 12416)<br>John A. Fortin (NSBN 15221)<br>2300 West Sahara Avenue, Suite 1200<br>Las Vegas, Nevada 89102 | By: /s/ George E. Robinson<br>P. Sterling Kerr, Esq. (NSBN 3978)<br>George E. Robinson (NSBN 9667)<br>2900 W. Horizon Ridge Pkwy. Suite 200<br>Henderson, Nevada 89052 |
| *Attorneys for Defendants Aylo Premium Ltd* | *Attorneys for Plaintiff Melissa Hutchison aka Phoenix Marie* |

**IT IS SO ORDERED**.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 7/31/2024