P. STERLING KERR, ESQ.
Nevada Bar No. 3978
GEORGE E. ROBINSON, ESQ.
Nevada Bar No. 9667
KERR SIMPSON ATTORNEYS AT LAW
2900 W. Horizon Ridge Parkway, Suite 200
Henderson, Nevada 89052
Telephone No. (702) 451–2055
Facsimile No. (702) 451-2077
Email: sterling@kerrsimpsonlaw.com
Email: george@kerrsimpsonlaw.com

CARRIE GOLDBERG, *Pro hac vice* To be filed
C. A. GOLDBERG, PLLC
16 Court Street, 33rd Fl.
Telephone No. (646) 666-8908
Email: carrie@cagoldberglaw.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MELISSA HUTCHISON aka PHOENIX MARIE, an individual, <br><br> Plaintiff, <br><br> v. <br><br> ETHICAL CAPITAL PARTNERS LTD., a foreign entity; AYLO PREMIUM LTD., a foreign corporation; DM PRODUCTIONS LTD., a foreign entity; DIGITAL PLAYGROUND, a foreign entity; MIND GEEK USA INCORPORATED, a foreign entity; MG PREMIUM LTD, a foreign entity; DM PRODUCTIONS, a foreign entity; DIGITAL PLAYGROUND, a foreign entity; DANNY MARTIN aka DANNY D, an individual; FRANK PETOSA an individual; RYAN HOGAN, an individual; MICHAEL WOODSIDE, an individual; and DOES 1 through 50. <br><br> Defendants. | Case No.: 2:24-CV-00673-GMN-BNW <br><br> **STIPULATION AND ORDER EXTENDING PLAINTIFF'S DEADLINE TO RESPOND TO MOTION TO DISMISS** |

Under LR IA 6-1 and 6-2 and LR 7-1, Plaintiff Melissa Hutchison aka Phoenix Marie Under LR IA 6-1 and 6-2 and LR 7-1, Plaintiff Melissa Hutchison aka Phoenix Marie ("Plaintiff") and defendants Frank Petosa, Ryan Hogan, and Michael Woodside ("Removing Defendants"), by and through their attorneys, hereby agree and stipulate to the following:

1. Plaintiff's counsel had obligations that he needed to attend to and therefore requested, and Defendants' counsel granted him a brief extension of time to file the opposition.

2. The Parties hereby stipulate to an extension of the response deadline to the Motion to Dismiss from August 9, 2024 to August 13, 2024. The Reply shall be due September 6, 2024.

3. This is the third request to extend the deadline for Plaintiff to oppose the Removing Defendants' motion to dismiss and the Removing Defendants' reply brief to Plaintiff's opposition.

4. This request an extension of time is not intended to cause any delay or prejudice any party.

Dated this 9th day of August, 2024.

**KERR SIMPSON ATTORNEYS AT LAW**

By: /s/ George E. Robinson
P. Sterling Kerr, Esq. (NSBN 3978)
George E. Robinson (NSBN 9667)
2900 W. Horizon Ridge Pkwy. Suite 200
Henderson, Nevada 89052
*Attorneys for Plaintiff Melissa Hutchison aka Phoenix Marie*

**McDONALD CARANO LLP**

By: /s/ John Fortin
Rory T. Kay (NSBN 12416)
John A. Fortin (NSBN 15221)
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
*Attorneys for Defendants Frank Petosa, Ryan Hogan, and Michael Woodside*

**IT IS SO ORDERED**.

_____
UNITED STATES DISTRICT JUDGE

DATED: August 12, 2024

# Jennifer Hogan

| | |
|---|---|
| **From:** | John A. Fortin <jfortin@mcdonaldcarano.com> |
| **Sent:** | Thursday, August 8, 2024 5:29 PM |
| **To:** | George Robinson; Jennifer Hogan |
| **Cc:** | Rory T. Kay |
| **Subject:** | RE: Stip & Order - Hutchison |

This is fine. You may file with my e-signature. Thank you!

**John Fortin** | Attorney



**P:** 702.873.4100 | **E:** jfortin@mcdonaldcarano.com

---

**From:** George Robinson <george@kerrsimpsonlaw.com>
**Sent:** Thursday, August 8, 2024 4:29 PM
**To:** John A. Fortin <jfortin@mcdonaldcarano.com>; Jennifer Hogan <jennifer@kerrsimpsonlaw.com>
**Cc:** Rory T. Kay <rkay@mcdonaldcarano.com>
**Subject:** RE: Stip & Order - Hutchison

This okay?  If not you can move it, then I will submit.

**From:** John A. Fortin <jfortin@mcdonaldcarano.com>
**Sent:** Thursday, August 8, 2024 4:01 PM
**To:** Jennifer Hogan <jennifer@kerrsimpsonlaw.com>
**Cc:** George Robinson <george@kerrsimpsonlaw.com>; Rory T. Kay <rkay@mcdonaldcarano.com>
**Subject:** RE: Stip & Order - Hutchison

Hi Jennifer and George,

Can we please add a paragraph demonstrating the good cause. We do not mean that George needs to put his health into the record, but something to the effect of "Plaintiff's counsel had obligations that he needed to attend to and therefore requested, and Defendants' counsel granted him a brief extension of time to file the opposition."

Please add something like that and send it back and I will review and likely agree to submit.  Thanks.

**John Fortin** | Attorney



**P:** 702.873.4100 | **E:** jfortin@mcdonaldcarano.com

---

**From:** Jennifer Hogan <jennifer@kerrsimpsonlaw.com>
**Sent:** Thursday, August 8, 2024 2:36 PM
**To:** John A. Fortin <jfortin@mcdonaldcarano.com>

1