# EXHIBIT 1

**DECLARATION OF MELISSA HUTCHINSON
IN SUPPORT OF OPPOSITION TO MOTION TO DISMISS**

I, Melissa Hutchinson, declare and state as follows:

1. I am over 18 years of age and have personal knowledge of the following facts and if called upon would testify to the statements below.

2. I have known Michael Woodside, Frank Petosa, and Ryan Hogan for over a decade.

3. Ryan Hogan and Frank Petosa would come to Las Vegas for a week while working for Brazzers every three to four months for "protocols." During these visits, they would meet with the three directors that were based in Las Vegas and the adult actors to make sure everyone was being treated fairly and the rules were being followed. The photo attached to this statement as Exhibit A is a true and correct photo of myself and Frank Petosa and Ryan Hogan (in hat) at AVN in 2023.

4. Every time Hogan and Petosa came to Las Vegas, aside from seeing them for work issues, we would all go to dinner and visit together.

5. Michael Woodside was a "digital tech guy" who would come to Las Vegas for live stream pornography shows for Brazzers starting in 2012 through 2015. He came to AVN every year in Las Vegas except when COVID shots were required for travel. The picture attached as Exhibit B is a photo of Woodside with me in 2020 in Las Vegas for AVN.

///

///

1        6.      Attached as Exhibit C is a true and correct advertisement for a party hosted by

2  Brazzers and attended by Woodside, Petosa, and Hogan in Las Vegas.

3        I declare under penalty of perjury of the laws of the State of Nevada that the information

4  set forth above is true and accurate to the best of my knowledge.

5        Dated this 13th day of August 2024.

Signed by:

337ED6FD6BAF410...

Melissa Hutchinson

2 of 2

# EXHIBIT A



# EXHIBIT B



# EXHIBIT C

