# EXHIBIT B

Performer Services Agreement

**PERFORMER SERVICES AGREEMENT** (the "**Agreement**")

This Agreement is entered into and effective as of October 1st, 2023 (the "**Effective Date**")

**BY AND BETWEEN:**

**AYLO PREMIUM LTD** (formerly MG Premium Ltd), a limited liability company incorporated under the laws of the Republic of Cyprus, having its head office at 195-197, Block 1, Old Limassol Road, Dali Industrial Zone, 2540, Cyprus

("**Company**")

**AND**

**MELISSA HUTCHISON** (d.b.a. "**PHOENIX MARIE**") an individual domiciled and residing at [redacted]

("**Performer**").

Collectively, the "**Parties**" and each, a "**Party**"

[redacted]

[redacted]

[redacted]

[redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted]

[redacted]

[redacted]



DS

DS

DS

DS

DS

DS

11.11. This Agreement and any issue, dispute or controversy hereunder shall be governed by and construed in accordance with the internal laws of the Republic of Cyprus without giving effect to any choice or conflict of law provision or rule (whether of the Republic of Cyprus or any other jurisdiction) that would cause the application of laws of any jurisdiction other than those of the Republic of Cyprus. The Parties hereby consent to the exclusive jurisdiction and venue of courts in the Republic of Cyprus for all issues, disputes or controversies arising out of the present Agreement.

*[Signature page to follow]*

DS

**IN CONSIDERATION OF THE FOREGOING**, the Parties hereto acknowledge that they have reviewed carefully what has been expressed in this Agreement, and that the understandings and agreements expressed in this document are legally binding upon them as of the Effective Date.

**AYLO PREMIUM LTD**

DocuSigned by:
Andreas Alkiviades Andreou
9DD6F37FAA284FE...

Name: Andreas Alkiviades Andreou
Title: Director

**MELISSA HUTCHISON**

DocuSigned by:
39964FAD9AC3461...

Name: Melissa Hutchison
9/11/2023



DocuSign Envelope ID: 6724265B-95BA-41BB-854F-22562D29D65A

i

DS