# EXHIBIT C

Request for Service Abroad of Judicial Documents

# REQUEST FOR SERVICE ABROAD
# OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965

| Identity and address of the applicant | Address of receiving authority |
|---|---|
| Identity and address of the applicant<br><br>Magaly Cobian, Attorney<br>Ancillary Legal Corporation<br>2900 Chamblee Tucker Road, Bldg. 13<br>Atlanta, GA 30341, USA<br>status@ancillaryinternational.com<br>404-459-8006 | Address of receiving authority<br><br>Ministry of Justice and Public Order<br>125 Athalassas Avenue<br>1461 NICOSIA<br>Cyprus |

The undersigned applicant has the honour to transmit in duplicate the documents listed below and, in conformity with Article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.

**Aylo Premium Ltd.**
**195 197 Old Nicosia-Limassol Road**
**Block 1**
**Dali Industrial Zone**
**Cyprus 2540**

( X ) (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of Article 5 of the Convention.*

( )(b) in accordance with the following particular method (sub-paragraph *(b)* of the first paragraph of Article 5):*

( )(c) by delivery to the addressee, if the addressee accepts it voluntarily (second paragraph of Article 5)*

The authority is requested to return or to have returned to the applicant a copy of the documents and of the annexes with a certificate as provided on the next page.

**List of documents:**
**Summons, First Amended Complaint, Complaint**

Done at Atlanta, GA, USA on 06/04/2024
**Signature and seal**

Magaly Cobian, Attorney
Ancillary Legal Corporation
2900 Chamblee Tucker Rd.
Building 13
Atlanta GA, 30341

## CERTIFICATE

The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,

1) that the document has been served

    - the (date)

    - at (place, street, number)

    - in one of the following methods authorised by Article 5:

      ( ) (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of Article 5 of the Convention.*

      ( ) (b) in accordance with the following particular method:*

      ( ) (c) by delivery to the addressee, who accepted it voluntarily.*

The documents referred to in the request have been delivered to:

    - (identity and description of person)

    - relationship to the addressee (family, business or other):

2) that the document has not been served, by reason of the following facts:

In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement.

    --ANNEXES-Documents returned:
**Summons, First Amended Complaint, Complaint**
In appropriate cases, documents establishing the service:

                      Done at            the

                      Signature and/or stamp

SUMMARY OF THE DOCUMENT TO BE SERVED

Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters,
signed at The Hague, the 15th of November 1965
(Article 5, fourth paragraph)
Identité et adresse du destinataire / *Identity and address of the addressee*

Aylo Premium Ltd.
195 197 Old Nicosia-Limassol Road
Block 1
Dali Industrial Zone
Cyprus 2540

IMPORTANT

LE DOCUMENT CI-JOINT EST DE NATURE JURIDIQUE ET PEUT AFFECTER VOS DROITS ET OBLIGATIONS. LES ((ELEMENTS ESSENTIELS DE L'ACTB> VOUS DONNENT QUELQUES INFORMATIONS SUR SA NATURE ET SON OBJET. IL EST TOUTEFOIS INDISPENSABLE DE LIRE
ATTENTIVEMENT LE TEXTE MEME DU DOCUMENT. IL PEUT ETRE NECESSAIRE DE DEMANDER UN
AVIS JURIDIQUE.

SI VOS RESSOURCES SONT INSUFFISANTES, RENSEIGNEZ-VOUS SUR LA POSSIBILITE D'OBTENIR
L'ASSISTANCE JUDICIAIRE ET LA CONSULTATION JURIDIQUE SOIT DANS VOTRE PAYS SOIT DANS
LE PAYS D'ORIGINE DU DOCUMENT.

LES DEMANDES DE RENSEIGNEMENTS SUR LES POSSIBILITES D'OBTENIR L'ASSISTANCE JUDICIAIRE OU LA CONSULTATION JURIDIQUE DANS LE PAYS D'ORIGINE PEUVENT ETRE ADRESSEES A:

*IMPORTANT*

*THE ENCLOSED DOCUMENT IS OF A LEGAL NATURE AND MAY AFFECT YOUR RIGHTS AND OBLIGATIONS. THE 'SUMMARY OF THE DOCUMENT TO BE SERVED' WILL GIVE YOU SOME INFORMATION ABOUT ITS NATURE AND PURPOSE. YOU SHOULD HOWEVER READ THE DOCUMENT ITSELF CAREFULLY. IT MAY BE NECESSARY TO SEEK LEGAL ADVICE.*

*IF YOUR FINANCIAL RESOURCES ARE INSUFFICIENT YOU SHOULD SEEK INFORMATION ON THE POSSIBILITY OF OBTAINING LEGAL AID OR ADVICE EITHER IN THE COUNTRY WHERE YOU LIVE OR IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED.*

ENQUIRIES ABOUT THE AVAILABILITY OF LEGAL AID OR ADVICE IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED MAY BE DIRECTED TO the Court or the Clerk of Court.

Il est recommandé que les mentions imprimées dans cette note soient redigees en langue française et en langue anglaise et le cas échéant, en outre, dans la langue ou l'une des langues officielles de l'Etat d'origine de l'acte. Les blancs pourraient être remplis soit dans la langue de l'Etat où le document doit être adressé, soit en langue française, soit en langue anglaise.

*It is recommended that the standard terms in the notice be written in English and French and where appropriate also in the official language, or one of the official languages of the State in which the document originated. The blanks could be completed either/n the language of the State to which the documents is to be sent, or in English or French.*

**Name and address of the requesting authority:**
Magaly Cobian, Attorney, Ancillary Legal Corporation 2900 Chamblee Tucker Road, Building 13,Atlanta, GA 30341, USA status@ancillaryinternational.com 404-459-8006

**Particulars of the parties:**
MELISSA HUTCHISON aka PHOENIX MARIE, an individual, Plaintiff by Attorney George E. Robinson, at Kerr Simpson Attorneys at Law, at 2900 W. Horizon Ridge Pkwy, Suite 200, Henderson, Nevada 89052, USA, Email: george@kerrsimpsonlaw.com, Phone: 702-451-2055
vs.
ETHICAL CAPITAL PARTNERS, a foreign entity; AYLO PREMIUM LTD., a foreign corporation; DM PRODUCTIONS, a foreign entity; DIGITAL PLAYGROUND, a foreign entity; MIND GEEK USA INCORPORATED, a foreign entity; MG PREMIUM LTD, a foreign entity; DM PRODUCTIONS, a foreign entity; DIGITAL PLAYGROUND, a foreign entity; DANNY MARTIN aka DANNY D, an individual; FRANK PETOSA an individual; RYAN HOGAN, an individual; MICHAEL WOODSIDE, an individual; and DOES 1 through 50., Defendant, at 195 197 Old Nicosia-Limassol Road, Block 1, Dali Industrial Zone, Cyprus 2540

Case Filed in the DISTRICT COURT OF CLARK COUNTY,
NEVADA, USA
Case number is 2:24-CV-00673-GMN-BNW

## **JUDICIAL DOCUMENT **

**Nature and purpose of the document:**

To Commence a Civil Action

**Nature and purpose of the proceeding and, where appropriate, the amount in dispute:**

THEREFORE, Plaintiff Melissa Hutchison aka Phoenix Marie, seeks judgment against Defendants as follows:

a. For general and special damages of over $30,000,000.00 according to proof;

b. For punitive damages, respectively, in amounts sufficient to punish Defendants for the tortious conduct in an amount over $50,000,000.00.

c. For an award of pre-judgment interest, as well as reasonable attorneys' fees as both normal and special damages, and other costs; and

d. For such other and further relief that this Court deems just and proper.

**Date and place for entering appearance: ****

NOTICE! YOU HAVE BEEN SUED. THE COURT MAY DECIDE AGAINST YOU WITHOUT YOUR BEING HEARD UNLESS YOU RESPOND WITHIN 21 DAYS. READ THE INFORMATION BELOW.

TO THE DEFENDANT(S): A civil Complaint has been filed by the Plaintiff(s) against you for the relief set forth in the Complaint.

This action is brought by Plaintiff and against Defendants for Breach of Contract, Breach of the Duty of Good Faith and Fair Dealing, Sexual Battery, Battery, Intentional Interference with Contractual Relations, Intentional Interference with Prospective Economic Advantage, Intentional Infliction or Emotional Distress, Defamation Per Se and Civil Conspiracy.

1. If you intend to defend this lawsuit, within 21 days after this Summons is served on you, exclusive of the date of service, you must do the following:

    (a) File with the Clerk of this Court, whose address is shown below, a formal written response to the Complaint in accordance with the rules of the Court, with the appropriate filing fee.

**Name and Address of Court:**
**United States District Court**
**District of Nevada**
**333 S Las Vegas Blvd**
**Las Vegas, NV 89101**

    (b) Serve a copy of your response upon the attorney whose name and address is shown below.

**Plaintiff's Attorney:**
George E. Robinson
Kerr Simpson Attorneys at Law
2900 W. Horizon Ridge Parkway
Suite 200
Henderson, NV 89052

    2. Unless you respond, your default will be entered upon application of the Plaintiff and this Court may enter a judgment against you for the relief demanded in the Complaint, which could result in the taking of money or property or other relief requested in the Complaint.

    3. If you intend to seek the advice of an attorney in this matter, you should do so promptly so that your response may be filed on time.

    4. The State of Nevada, its political subdivisions, agencies, officers, employees, board members, commission members and legislators, each have 45 days after service of this summons within which to file an answer or other responsive pleading to the complaint.

**Time limits stated in the document: \*\***

You have TWENTY-ONE (21) days after this Summons is served on you to file a formal written response to the Complaint with the Clerk of this Court and serve a copy of your response upon the attorney.