P. STERLING KERR, ESQ.
Nevada Bar No. 3978
GEORGE E. ROBINSON, ESQ.
Nevada Bar No. 9667
KERR SIMPSON ATTORNEYS AT LAW
2900 W. Horizon Ridge Parkway, Suite 200
Henderson, Nevada 89052
Telephone No. (702) 451–2055
Facsimile No. (702) 451-2077
Email: sterling@kerrsimpsonlaw.com
Email: george@kerrsimpsonlaw.com

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

MELISSA HUTCHISON aka PHOENIX
MARIE, an individual,

Plaintiff,

v.

ETHICAL CAPITAL PARTNERS LTD., a
foreign entity; AYLO PREMIUM LTD., a
foreign corporation; DM PRODUCTIONS
LTD., a foreign entity; DIGITAL
PLAYGROUND, a foreign entity; MIND
GEEK USA INCORPORATED, a foreign
entity; MG PREMIUM LTD, a foreign
entity; DM PRODUCTIONS, a foreign
entity; DIGITAL PLAYGROUND, a foreign
entity; DANNY MARTIN aka DANNY D,
an individual; FRANK PETOSA an
individual; RYAN HOGAN, an individual;
MICHAEL WOODSIDE, an individual; and
DOES 1 through 50.

Defendants.

Case No.: 2:24-CV-00673-GMN-BNW

**STIPULATION AND ORDER
EXTENDING PLAINTIFF'S
DEADLINE TO RESPOND TO
MOTION TO DISMISS**

**(SECOND REQUEST)**

Under LR IA 6-1 and 6-2 and LR 7-1, Plaintiff Melissa Hutchison aka Phoenix Marie

Under LR IA 6-1 and 6-2 and LR 7-1, Plaintiff Melissa Hutchison aka Phoenix Marie

("Plaintiff") and defendant Aylo Premium Ltd. ("Aylo"), by and through their attorneys, hereby

agree and stipulate to the following:

KERR SIMPSON ATTORNEYS AT LAW
2900 W. Horizon Ridge Parkway, Suite 200, Henderson, Nevada 89052
Telephone (702) 451–2055 Facsimile (702) 451–2077

1.      Plaintiff's counsel had obligations that he needed to attend to and therefore requested, and Defendants' counsel granted him a brief extension of time to file the opposition.

2.      The Parties hereby stipulate to an extension of the response deadline to the Motion to Dismiss from September 13, 2024, to September 18, 2024.  The Reply shall be due October 9, 2024.

3.      This is the second request to extend the deadline for Plaintiff to oppose Aylos' motion to dismiss and Aylos' reply brief to Plaintiff's opposition.

4.      This request for an extension of time is not intended to cause any delay or prejudice any party.

Dated this 13th day of September 2024.

Dated this 13th day of September 2024

**KERR SIMPSON ATTORNEYS AT LAW**

**MCDONALD CARANO LLP**

By:  /s/ George E. Robinson
P. Sterling Kerr, Esq. (NSBN 3978)
George E. Robinson (NSBN 9667)
2900 W. Horizon Ridge Pkwy. Suite 200
Henderson, Nevada 89052
*Attorneys for Plaintiff Melissa Hutchison aka Phoenix Marie*

By:  /s/  John Fortin
Rory T. Kay (NSBN 12416)
John A. Fortin (NSBN 15221)
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
*Attorneys for Defendant Aylo Premium Ltd.*

**IT IS SO ORDERED**.

_____
UNITED STATES DISTRICT JUDGE

DATED:  September 13, 2024

KERR SIMPSON ATTORNEYS AT LAW
2900 W. Horizon Ridge Parkway, Suite 200, Henderson, Nevada 89052
Telephone (702) 451-2055 Facsimile (702) 451-2077

**Jennifer Hogan**

| | |
|---|---|
| **From:** | John A. Fortin <jfortin@mcdonaldcarano.com> |
| **Sent:** | Friday, September 13, 2024 11:26 AM |
| **To:** | Jennifer Hogan |
| **Cc:** | Rory T. Kay; Leah Jennings; George Robinson |
| **Subject:** | RE: Stipulation - Hutchison |

You may affix my e-signature and file. Thank you.

**John Fortin** | Attorney



**P:** 702.873.4100 | **E:** jfortin@mcdonaldcarano.com

---

**From:** Jennifer Hogan <jennifer@kerrsimpsonlaw.com>
**Sent:** Friday, September 13, 2024 8:20 AM
**To:** John A. Fortin <jfortin@mcdonaldcarano.com>
**Cc:** Rory T. Kay <rkay@mcdonaldcarano.com>; Leah Jennings <ljennings@mcdonaldcarano.com>; George Robinson <george@kerrsimpsonlaw.com>
**Subject:** RE: Stipulation - Hutchison

Sorry about that, here you go.

Thank you,

*Jennifer Hogan, Paralegal*
Kerr Simpson Attorneys at Law
2900 W. Horizon Ridge Pkwy, Suite 200
Henderson, NV 89052
P: (702) 451-2055
F: (702) 451-2077



Kerr Simpson Attorneys at Law Standard Disclaimer
This electronic mail message and any attachments are confidential and may also contain privileged attorney-client information or work product. The message and any attachments are intended only for the use of the addressee. If you are not the intended recipient, or the person responsible to deliver it to the intended recipient, you may not use, disseminate, distribute or copy this communication. If you have received this email in error, please immediately notify us by reply electronic mail or by telephone at (702) 451-2055, and delete this original message. Thank you.

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (1) avoiding any penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another