**C.A. GOLDBERG, PLLC**
Carrie Goldberg
16 Court Street, 33rd Floor
Brooklyn, NY 11241
(646) 666-8908
carrie@cagoldberglaw.com

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MELISSA HUTCHISON AKA PHOENIX MARIE, <br><br> Plaintiff, <br><br> vs. <br><br> AYLO, ET. AL., <br><br> Defendant | Case No.: 2:24-cv-00673-GMN-BNW <br><br> **STIPULATION OF WITHDRAWAL OF CO-COUNSEL FOR PLAINTIFF, C.A. GOLDBERG, PLLC** |

Per Local Rule IA 11-6(b), co-counsel for Plaintiff Melissa Hutchison, Carrie Goldberg of C.A. Goldberg, PLLC, hereby withdraw from the matter as co-counsel of record and will not proceed with their application as *pro hac vice* for Plaintiff. P. Sterling Kerr and George Robinson of Kerr Simpson Attorneys at Law remain as counsel of record for Plaintiff.

**IT IS SO STIPULATED:**

/s/ Carrie Goldberg

Carrie Goldberg
**C. A. GOLDBERG, PLLC**
16 Court Street, 33rd Floor
Brooklyn, NY 11241
Telephone: (646) 666-8908
carrie@cagoldberglaw.com

/s/ George E. Robinson

George Robinson (NSBN 9667)
**KERR SIMPSON ATTORNEYS AT LAW**
2900 W Horizon Ridge Pkwy, Ste. 200
Henderson, NV 89052
Telephone: (702) 608-0835
george@kerrsimpsonlaw.com
*Attorneys for Plaintiff*

IT IS SO ORDERED.

Dated this __13__ day of September, 2024.

_____
Gloria M. Navarro
United States District Judge

STIPULATION OF WITHDRAWAL OF CO-COUNSEL FOR PLAINTIFF, C.A. GOLDBERG, PLLC - 1

STIPULATION OF WITHDRAWAL OF CO-COUNSEL FOR PLAINTIFF, C.A. GOLDBERG, PLLC - 2

# Jennifer Hogan

**From:** George Robinson
**Sent:** Friday, September 13, 2024 8:36 AM
**To:** Jennifer Hogan
**Subject:** FW: Draft Stipulation to Withdraw

---

**From:** George Robinson <george@kerrsimpsonlaw.com>
**Sent:** Friday, September 13, 2024 8:31 AM
**To:** Carrie Goldberg <carrie@cagoldberglaw.com>; Roxanne Rimonte <roxanne@cagoldberglaw.com>; Sterling Kerr <sterling@kerrsimpsonlaw.com>
**Cc:** Amna Khalid <amna@cagoldberglaw.com>
**Subject:** Re: Draft Stipulation to Withdraw

Of course.

Sent via the Samsung Galaxy S23+ 5G, an AT&T 5G smartphone
Get Outlook for Android

---

**From:** Carrie Goldberg <carrie@cagoldberglaw.com>
**Sent:** Friday, September 13, 2024 8:16:40 AM
**To:** Roxanne Rimonte <roxanne@cagoldberglaw.com>; George Robinson <george@kerrsimpsonlaw.com>; Sterling Kerr <sterling@kerrsimpsonlaw.com>
**Cc:** Amna Khalid <amna@cagoldberglaw.com>
**Subject:** Re: Draft Stipulation to Withdraw

George, can you e-file for us?

Carrie Goldberg, Owner
C.A. Goldberg, PLLC
16 Court Street, 33rd Floor, Brooklyn, NY 11241
646.666.8908
carrie@cagoldberglaw.com
www.cagoldberglaw.com



**From victim to warrior**

Twitter
Instagram
Facebook
Mailing List