Rory T. Kay (NSBN 12416)
John A. Fortin (NSBN 15221)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rkay@mcdonaldcarano.com
jfortin@mcdonaldcarano.com

*Attorneys for Defendant*
*Aylo Premium Ltd*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MELISSA HUTCHISON aka PHOENIX MARIE, an individual,, <br><br> Plaintiff, <br><br> v. <br><br> ETHICAL CAPITAL PARTNERS, a foreign entity; AYLO PREMIUM LTD., a foreign corporation; DM PRODUCTIONS, a foreign entity; DIGITAL PLAYGROUND, a foreign entity; MIND GEEK USA INCORPORATED, a foreign entity; MG PREMIUM LTD, a foreign entity; DM PRODUCTIONS, a foreign entity; DIGITAL PLAYGROUND, a foreign entity; DANNY MARTIN aka DANNY D, an individual; FRANK PETOSA an individual; RYAN HOGAN, an individual; MICHAEL WOODSIDE, an individual; and DOES 1 through 50,, <br><br> Defendants. | Case No. 2:24-cv-00673-GMN-BNW <br><br> **STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE** <br><br> **(FIRST REQUEST)** |

Under LR IA 6-1 and 6-2 and LR 7-1, Plaintiff Melissa Hutchison aka Phoenix Marie ("Plaintiff") and Defendant Aylo Premium Ltd ("Aylo"), by and through their attorneys, hereby agree and stipulate to the following:

1.  On October 31, 2024, the Court granted Defendants Frank Petosa, Michael Woodside, and Ryan Hogan (the "Removing Defendants") motion to dismiss with prejudice. ECF No. 43. In the same order, the Court granted Aylo's motion to dismiss without prejudice. *Id*. The

1. Court ordered Plaintiff to file an amended complaint within 21 days from the date of its order (e.g., November 21, 2024) and include any jurisdictional facts Plaintiff has against Aylo. *Id*.

2. The Parties have met and conferred and stipulate and agree that good cause exists for the Court to extend the time for upcoming filings due to the impending holidays and several professional commitments both Parties' counsel have over the coming weeks.

3. First, the Parties stipulate and agree that Plaintiff shall have until December 2, 2024, to file her Second Amended Complaint.

4. Second, the Parties stipulate and agree that Aylo shall have until January 17, 2025 to file a responsive pleading.

5. Finally, the Parties stipulate and agree that a joint discovery plan and scheduling order shall be submitted by February 6, 2025.

6. This is the first request to extend these deadlines.

7. These requests for extensions of time are not intended to cause any delay or prejudice any party.

Dated this 20th day of November, 2024.

| McDONALD CARANO LLP | KERR SIMPSON ATTORNEYS AT LAW |
|---|---|
| By: */s/ Rory T. Kay*<br>Rory T. Kay (NSBN 12416)<br>John A. Fortin (NSBN 15221)<br>2300 West Sahara Avenue, Suite 1200<br>Las Vegas, Nevada 89102 | By: */s/ George E. Robinson*<br>P. Sterling Kerr, Esq. (NSBN 3978)<br>George E. Robinson (NSBN 9667)<br>2900 W. Horizon Ridge Pkwy. Suite 200<br>Henderson, Nevada 89052 |
| *Attorneys for Defendants Aylo Premium Ltd* | *Attorneys for Plaintiff Melissa Hutchison aka Phoenix Marie* |

**IT IS SO ORDERED**.

UNITED STATES MAGISTRATE JUDGE

DATED: 11/26/2024