P. STERLING KERR, ESQ.
Nevada Bar No. 3978
GEORGE E. ROBINSON, ESQ.
Nevada Bar No. 9667
KERR SIMPSON ATTORNEYS AT LAW
2900 W. Horizon Ridge Parkway, Suite 200
Henderson, Nevada 89052
Telephone No. (702) 451–2055
Facsimile No. (702) 451-2077
Email: sterling@kerrsimpsonlaw.com
Email: george@kerrsimpsonlaw.com

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MELISSA HUTCHISON aka PHOENIX MARIE, an individual, <br><br> Plaintiff, <br><br> v. <br><br> ETHICAL CAPITAL PARTNERS LTD., a foreign entity; AYLO PREMIUM LTD., a foreign corporation; DM PRODUCTIONS LTD., a foreign entity; DIGITAL PLAYGROUND, a foreign entity; MIND GEEK USA INCORPORATED, a foreign entity; MG PREMIUM LTD, a foreign entity; DM PRODUCTIONS, a foreign entity; DIGITAL PLAYGROUND, a foreign entity; DANNY MARTIN aka DANNY D, an individual; FRANK PETOSA an individual; RYAN HOGAN, an individual; MICHAEL WOODSIDE, an individual; and DOES 1 through 50. <br><br> Defendants. | Case No.: 2:24-CV-00673-GMN-BNW <br><br><br> **STIPULATION AND ORDER EXTENDING PLAINTIFF'S SECOND AMENDED COMPLAINT** <br><br> **(THIRD REQUEST)** |

Under LR IA 6-1 and 6-2 and LR 7-1, Plaintiff Melissa Hutchison aka Phoenix Marie

Under LR IA 6-1 and 6-2 and LR 7-1, Plaintiff Melissa Hutchison aka Phoenix Marie

("Plaintiff") and defendant Aylo Premium Ltd. ("Aylo"), by and through their attorneys, hereby

agree and stipulate to the following:

1. On October 31, 2024, the Court granted Defendants Frank Petosa, Michael Woodside, and Ryan Hogan (the "Removing Defendants") motion to dismiss with prejudice. ECF No. 43. In the same order, the Court granted Aylo's motion to dismiss without prejudice. The Court ordered Plaintiff to file an amended complaint within 21 days from the date of its order (e.g., November 21, 2024) and include any jurisdictional facts Plaintiff has against Aylo.

2. The Parties have met and conferred and stipulate and agree that good cause exists for the Court to extend the time for upcoming filings due to personal issues.

3. First, the Parties stipulate and agree that Plaintiff shall have until December 19, 2024, to file her Second Amended Complaint.

4. Second, the Parties stipulate and agree that Aylo shall have until February 12, 2025 to file a responsive pleading.

5. Finally, the Parties stipulate and agree that a joint discovery plan and scheduling order shall be submitted by March 12, 2025.

6. This is the third request to extend these deadlines and Plaintiff will not seek another extension of time to file her amended pleading.

7. These requests for extensions of time are not intended to cause any delay or prejudice any party.

Dated this 12th day of December 2024.                    Dated this 12th day of December 2024.

**KERR SIMPSON ATTORNEYS AT LAW**                **MCDONALD CARANO LLP**

By: /s/ George E. Robinson                                   By: /s/ John Fortin
P. Sterling Kerr, Esq. (NSBN 3978)                           Rory T. Kay (NSBN 12416)
George E. Robinson (NSBN 9667)                               John A. Fortin (NSBN 15221)
2900 W. Horizon Ridge Pkwy. Suite 200                        2300 West Sahara Avenue, Suite 1200
Henderson, Nevada 89052                                      Las Vegas, Nevada 89102
*Attorneys for Plaintiff Melissa Hutchison*                  *Attorneys for Defendant Aylo Premium Ltd.*
*aka Phoenix Marie*

**IT IS SO ORDERED**.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 12/16/2024

KERR SIMPSON ATTORNEYS AT LAW
2900 W. Horizon Ridge Parkway, Suite 200, Henderson, Nevada 89052
Telephone: (702) 451-2055 Facsimile: (702) 451-2077

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| | |
|---|---|
| **From:** | John A. Fortin |
| **To:** | Jennifer Hogan; Rory T. Kay; Leah Jennings; Kimberly Kirn |
| **Cc:** | George Robinson; No Scrub |
| **Subject:** | RE: Extension to file Amended Complaint |
| **Date:** | Thursday, December 12, 2024 4:42:51 PM |
| **Attachments:** | image001.png |
| | 3rd Stip to Extend 2nd Amended Complaint MC Edits - version 1.doc |

Hi Jennifer, I made a slight redline edit to paragraph 6 to detail what George told Rory and I earlier, that this would be the last extension. If this edit is acceptable, you may affix my e-signature and file.

**John Fortin** | Attorney



P: 702.873.4100 | E: jfortin@mcdonaldcarano.com

---

**From:** Jennifer Hogan <jennifer@kerrsimpsonlaw.com>
**Sent:** Thursday, December 12, 2024 3:57 PM
**To:** John A. Fortin <jfortin@mcdonaldcarano.com>; Rory T. Kay <rkay@mcdonaldcarano.com>; Leah Jennings <ljennings@mcdonaldcarano.com>; Kimberly Kirn <kkirn@mcdonaldcarano.com>
**Cc:** George Robinson <george@kerrsimpsonlaw.com>
**Subject:** Extension to file Amended Complaint

Let me know if this works for you and if I can e-sign your signature.

Thank you,

*Jennifer Hogan, Paralegal*

Kerr Simpson Attorneys at Law
2900 W. Horizon Ridge Pkwy, Suite 200
Henderson, NV 89052
P: (702) 451-2055
F: (702) 451-2077



Kerr Simpson Attorneys at Law Standard Disclaimer
This electronic mail message and any attachments are confidential and may also contain privileged attorney-client information or work product.  The message and any attachments are intended only for the use of the addressee.  If you are not the intended recipient, or the person responsible to deliver it to the intended recipient, you may not use, disseminate, distribute or copy this communication.  If you have received this email in error, please immediately notify us by reply electronic mail or by telephone at (702) 451-2055, and delete this original message.  Thank you.

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (1) avoiding any penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any transaction or tax-related matter addressed herein. This communication may not be forwarded (other than within the recipient to which it has been sent) without our express written consent.