Rory T. Kay (NSBN 12416)
John A. Fortin (NSBN 15221)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rkay@mcdonaldcarano.com
jfortin@mcdonaldcarano.com

*Attorneys for Defendant*
*Aylo Premium Ltd*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MELISSA HUTCHISON aka PHOENIX MARIE, an individual,, <br><br> Plaintiff, <br><br> v. <br><br> ETHICAL CAPITAL PARTNERS, a foreign entity; AYLO PREMIUM LTD., a foreign corporation; DM PRODUCTIONS, a foreign entity; DIGITAL PLAYGROUND, a foreign entity; MIND GEEK USA INCORPORATED, a foreign entity; MG PREMIUM LTD, a foreign entity; DM PRODUCTIONS, a foreign entity; DIGITAL PLAYGROUND, a foreign entity; DANNY MARTIN aka DANNY D, an individual; FRANK PETOSA an individual; RYAN HOGAN, an individual; MICHAEL WOODSIDE, an individual; and DOES 1 through 50,, <br><br> Defendants. | Case No. 2:24-cv-00673-GMN-BNW <br><br> **STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSIVE PLEADING AND EXTEND TIME TO SUBMIT JOINT DISCOVERY PLAN** <br><br> **(FIRST REQUEST)** |

Under LR IA 6-1 and 6-2 and LR 7-1, Defendant Aylo Premium Ltd. ("Aylo"), by and through their attorneys, and Plaintiff Melissa Hutchison aka Phoenix Marie Plaintiff Melissa Hutchison aka Phoenix Marie ("Plaintiff") hereby agree and stipulate to the following:

1.    On October 31, 2024, the Court granted Defendants Frank Petosa, Michael Woodside, and Ryan Hogan (the "Removing Defendants") motion to dismiss with prejudice. ECF No. 43.  In the same order, the Court granted Aylo's motion to dismiss without prejudice.

2. On December 19, 2024, Plaintiff filed its Second Amended Complaint.

3. The Parties previously stipulated and agreed and the Court ordered that Aylo would have until February 19, 2025, to file its responsive pleading. *See* ECF No. 52. The Parties additionally stipulated and agreed and the Court ordered that the Parties shall have until March 16, 2025, to file a joint discovery plan. *See id*.

4. The Parties have met and conferred and stipulate and agree that good cause exists for the Court to extend the time for upcoming filings due to personal and professional obligations impacting Aylo's counsel's schedule.

5. The Parties stipulate and agree that Aylo shall have until February 26, 2025 to file a responsive pleading.

6. Finally, the Parties stipulate and agree that a joint discovery plan and scheduling order shall be submitted by March 26, 2025.

7. This is the first request to extend these deadlines and these requests for extensions of time are not intended to cause any delay or prejudice any party.

Dated this 3d day of February, 2025.

| McDONALD CARANO LLP | KERR SIMPSON ATTORNEYS AT LAW |
|---|---|
| By: */s/ Rory T. Kay*<br>Rory T. Kay (NSBN 12416)<br>John A. Fortin (NSBN 15221)<br>2300 West Sahara Avenue, Suite 1200<br>Las Vegas, Nevada 89102<br><br>*Attorneys for Defendants*<br>*Aylo Premium Ltd* | By: */s/ George E. Robinson*<br>P. Sterling Kerr (NSBN 3978)<br>George E. Robinson (NSBN 9667)<br>2900 W. Horizon Ridge Pkwy. Suite 200<br>Henderson, Nevada 89052<br><br>*Attorneys for Plaintiff Melissa Hutchison aka Phoenix Marie* |

**IT IS SO ORDERED**.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 2/4/2025