P. STERLING KERR, ESQ.
Nevada Bar No. 3978
GEORGE E. ROBINSON, ESQ.
Nevada Bar No. 9667
KERR SIMPSON ATTORNEYS AT LAW
2900 W. Horizon Ridge Parkway, Suite 200
Henderson, Nevada 89052
Telephone No. (702) 451–2055
Facsimile No. (702) 451-2077
sterling@kerrsimpsonlaw.com
george@kerrsimpsonlaw.com

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MELISSA HUTCHISON aka PHOENIX MARIE, an individual, <br><br> Plaintiff, <br><br> v. <br><br> ETHICAL CAPITAL PARTNERS LTD., a foreign entity; AYLO PREMIUM LTD., a foreign corporation; DM PRODUCTIONS LTD., a foreign entity; DIGITAL PLAYGROUND, a foreign entity; MIND GEEK USA INCORPORATED, a foreign entity; MG PREMIUM LTD, a foreign entity; DM PRODUCTIONS, a foreign entity; DIGITAL PLAYGROUND, a foreign entity; DANNY MARTIN aka DANNY D, an individual; FRANK PETOSA an individual; RYAN HOGAN, an individual; MICHAEL WOODSIDE, an individual; and DOES 1 through 50. <br><br> Defendants. | Case No.: 2:24-CV-00673-GMN-BNW <br><br> **STIPULATION AND ORDER EXTENDING PLAINTIFF'S DEADLINE TO RESPOND TO MOTION TO DISMISS** <br><br> **(THIRD REQUEST)** |

Under LR IA 6-1 and 6-2 and LR 7-1, Plaintiff Melissa Hutchison aka Phoenix Marie

Under LR IA 6-1 and 6-2 and LR 7-1, Plaintiff Melissa Hutchison aka Phoenix Marie

("Plaintiff") and defendant Aylo Premium Ltd. ("Aylo"), by and through their attorneys, hereby

agree and stipulate to the following:

1 of 2

1. On March 26, 2025, Aylo filed its Motion to Dismiss Plaintiff's Second Amended Complaint ("Motion"). ECF No. 58.

2. Plaintiff's counsel has a family emergency and therefore requested, and Defendants' counsel granted him a brief extension of time to file the opposition.

3. The Parties hereby stipulate to an extension of the response deadline to the Motion to April 23, 2025 to April 25, 2025. The Parties further stipulate to an extension of the Reply deadline which shall be due May 9, 2025.

4. This is the second request to extend the deadline for Plaintiff to oppose Aylos' motion to dismiss.

5. This request for an extension of time is not intended to cause any delay or prejudice any party.

Dated this 24th day of April 2025.

**KERR SIMPSON ATTORNEYS AT LAW**

By: /s/ George E. Robinson
P. Sterling Kerr, Esq. (NSBN 3978)
George E. Robinson (NSBN 9667)
2900 W. Horizon Ridge Pkwy. Suite 200
Henderson, Nevada 89052
*Attorneys for Plaintiff Melissa Hutchison aka Phoenix Marie*

Dated this 24th day of April 2025.

**MCDONALD CARANO LLP**

By: /s/ John A. Fortin
Rory T. Kay (NSBN 12416)
John A. Fortin (NSBN 15221)
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
*Attorneys for Defendant Aylo Premium Ltd.*

**IT IS SO ORDERED**.

_____
UNITED STATES DISTRICT JUDGE

DATED:  April 25, 2025

**Jennifer Hogan**

| | |
|---|---|
| **From:** | Rory T. Kay <rkay@mcdonaldcarano.com> |
| **Sent:** | Thursday, April 24, 2025 9:31 AM |
| **To:** | Jennifer Hogan; George Robinson; John A. Fortin; Leah Jennings; No Scrub |
| **Cc:** | No Scrub |
| **Subject:** | RE: Stipulation to Extend Response |

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

This is fine. Thanks!

**Rory T. Kay** | Partner



**P:** 702.873.4100 | **E:** rkay@mcdonaldcarano.com

---

**From:** Jennifer Hogan <jennifer@kerrsimpsonlaw.com>
**Sent:** Wednesday, April 23, 2025 9:43 AM
**To:** Rory T. Kay <rkay@mcdonaldcarano.com>; George Robinson <george@kerrsimpsonlaw.com>; John A. Fortin <jfortin@mcdonaldcarano.com>; Leah Jennings <ljennings@mcdonaldcarano.com>; No Scrub <NoScrub@mcdonaldcarano.com>
**Cc:** No Scrub <NoScrub@mcdonaldcarano.com>
**Subject:** RE: Stipulation to Extend Response

Please see the attached Stip. Let me know if you are ok for your e-signature.

Thank you,

*Jennifer Hogan, Paralegal*
Kerr Simpson Attorneys at Law
2900 W. Horizon Ridge Pkwy, Suite 200
Henderson, NV 89052
P: (702) 451-2055
F: (702) 451-2077



Kerr Simpson Attorneys at Law Standard Disclaimer
This electronic mail message and any attachments are confidential and may also contain privileged attorney-client information or work product. The message and any attachments are intended only for the use of the addressee. If you are not the intended recipient, or the person responsible to deliver it to the intended recipient, you may not use, disseminate, distribute or copy this