Rory T. Kay (NSBN 12416)
John A. Fortin (NSBN 15221)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rkay@mcdonaldcarano.com
jfortin@mcdonaldcarano.com

*Attorneys for Defendant*
*Aylo Premium Ltd.*

McDONALD CARANO
2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA 89102
PHONE 702.873.4100 • FAX 702.873.9966

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

MELISSA HUTCHISON aka PHOENIX MARIE, an individual,,

Plaintiff,

v.

ETHICAL CAPITAL PARTNERS, a foreign entity; AYLO PREMIUM LTD., a foreign corporation; DM PRODUCTIONS, a foreign entity; DIGITAL PLAYGROUND, a foreign entity; MIND GEEK USA INCORPORATED, a foreign entity; MG PREMIUM LTD, a foreign entity; DM PRODUCTIONS, a foreign entity; DIGITAL PLAYGROUND, a foreign entity; DANNY MARTIN aka DANNY D, an individual; FRANK PETOSA an individual; RYAN HOGAN, an individual; MICHAEL WOODSIDE, an individual; and DOES 1 through 50,,

Defendants.

Case No. 2:24-cv-00673-GMN-BNW

**STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE ON MOTION TO LIFT STAY**

**(FIRST REQUEST)**

Under LR IA 6-1 and 6-2 and LR 7-1, plaintiff Melissa Hutchison aka Phoenix Marie ("Hutchison") and defendant Aylo Premium Ltd ("Aylo"), by and through their attorneys, hereby agree and stipulate to the following:

1. On November 14, 2025, Hutchison filed her Motion to Lift Stay as to Aylo ("Motion").

2. Due to the intervening holiday, the parties stipulate and agree that good cause exists for the Court to extend Aylo's deadline to file a response to Hutchison's Motion from November 28,

2025 to December 5, 2025.

3. Based on the extension to Aylo's deadline, the parties further stipulate and agree to extend Hutchison's deadline to file a reply in support of her Motion from December 5, 2025 to December 12, 2025.

4. This is the first request to extend these deadlines. The request is not intended to cause any delay or prejudice any party.

Dated this 19th day of November, 2025.

**McDONALD CARANO LLP**

By: */s/ John A. Fortin*
Rory T. Kay (NSBN 12416)
John A. Fortin (NSBN 15221)
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102

*Attorneys for Defendant Aylo Premium Ltd.*

**KERR SIMPSON ATTORNEYS AT LAW**

By: */s/ George E. Robinson*
P. Sterling Kerr, Esq. (NSBN 3978)
George E. Robinson (NSBN 9667)
2900 W. Horizon Ridge Pkwy. Suite 200
Henderson, Nevada 89052

*Attorneys for Plaintiff Melissa Hutchison aka Phoenix Marie*

**IT IS SO ORDERED.**

UNITED STATES MAGISTRATE JUDGE

DATED: November 20, 2025

McDONALD CARANO
2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA 89102
PHONE 702.873.4100 • FAX 702.873.9966