1  P. STERLING KERR, ESQ.
   Nevada Bar No. 3978
2  GEORGE E. ROBINSON, ESQ.
   Nevada Bar No. 9667
3  KERR SIMPSON ATTORNEYS AT LAW
4  2900 W. Horizon Ridge Parkway, Suite 200
   Henderson, Nevada 89052
5  Telephone No. (702) 451–2055
   Facsimile No. (702) 451-2077
6  sterling@kerrsimpsonlaw.com
7  george@kerrsimpsonlaw.com

8  **UNITED STATES DISTRICT COURT**

9  **DISTRICT OF NEVADA**

10 MELISSA HUTCHISON aka PHOENIX          Case No.: 2:24-CV-00673-GMN-BNW
   MARIE, an individual,
11
                                    Plaintiff,
12 v.                                          **STIPULATION AND ORDER**
                                               **EXTENDING PLAINTIFF'S**
13 ETHICAL CAPITAL PARTNERS LTD., a            **DEADLINE TO REPLY TO AYLO'S**
   foreign entity; AYLO PREMIUM LTD., a        **OPPOSITION TO PLAINTIFF'S**
14 foreign corporation; DM PRODUCTIONS         **MOTION TO LIFT STAY**
   LTD., a foreign entity; DIGITAL
15 PLAYGROUND, a foreign entity; MIND
   GEEK USA INCORPORATED, a foreign            **(FIRST REQUEST)**
16 entity; MG PREMIUM LTD, a foreign
   entity; DM PRODUCTIONS, a foreign
17 entity; DIGITAL PLAYGROUND, a foreign
   entity; DANNY MARTIN aka DANNY D,
18 an individual; FRANK PETOSA an
   individual; RYAN HOGAN, an individual;
19 MICHAEL WOODSIDE, an individual; and
   DOES 1 through 50.
20
21
                                    Defendants.
22
23

24         Under LR IA 6-1 and 6-2 and LR 7-1, Plaintiff Melissa Hutchison aka Phoenix Marie
25
   Under LR IA 6-1 and 6-2 and LR 7-1, Plaintiff Melissa Hutchison aka Phoenix Marie
26
   ("Plaintiff") and defendant Aylo Premium Ltd. ("Aylo"), by and through their attorneys, hereby
27
28 agree and stipulate to the following:

                                         1 of 2

KERR SIMPSON ATTORNEYS AT LAW
2900 W. Horizon Ridge Parkway, Suite 200, Henderson, Nevada 89052
Telephone (702) 451-2055 Facsimile (702) 451-2077

KERR SIMPSON ATTORNEYS AT LAW
2900 W. Horizon Ridge Parkway, Suite 200, Henderson, Nevada 89052
Telephone (702) 451-2055 Facsimile (702) 451-2077

1       1.      On December 5, 2025, Aylo filed its Opposition to Plaintiff's Motion to Lift Stay

2   ("Opposition"). ECF No. 70.

3       2.      Plaintiff's counsel has a personal issue and therefore requested, and Defendants'

4   counsel granted him a brief extension of time to file the reply.

5

6       3.      The Parties hereby stipulate to an extension of the reply deadline to the Opposition

7   from December 12, 2025 to December 19, 2025.

8       4.      This request for an extension of time is not intended to cause any delay or

9   prejudice any party.

10  Dated this 12ᵗʰ day of December 2025.        Dated this 12ᵗʰ day of December 2025.

11
12  **KERR SIMPSON ATTORNEYS AT LAW**     **MCDONALD CARANO LLP**

13  By: /s/ George E. Robinson                By: /s/ John A. Fortin
    P. Sterling Kerr, Esq. (NSBN 3978)        Rory T. Kay (NSBN 12416)
14  George E. Robinson (NSBN 9667)            John A. Fortin (NSBN 15221)
    2900 W. Horizon Ridge Pkwy. Suite 200     2300 West Sahara Avenue, Suite 1200
15  Henderson, Nevada 89052                   Las Vegas, Nevada 89102
    *Attorneys for Plaintiff Melissa Hutchison*   *Attorneys for Defendant Aylo Premium Ltd.*
16  *aka Phoenix Marie*

17

18      **IT IS SO ORDERED**.

19      _____
        UNITED STATES MAGISTRATE JUDGE
20

21      DATED:      December 15, 2025

# Jennifer Hogan

| | |
|---|---|
| **From:** | John A. Fortin <jfortin@mcdonaldcarano.com> |
| **Sent:** | Friday, December 12, 2025 11:04 AM |
| **To:** | Jennifer Hogan; Rory T. Kay; Leah Jennings; Kiley A. Harrison |
| **Cc:** | George Robinson |
| **Subject:** | Re: Request for an extension of time |

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Thanks George. You can submit. Have a good weekend.

**John Fortin** | Attorney



**P:** 702.873.4100 | **E:** jfortin@mcdonaldcarano.com

Get Outlook for iOS

---

**From:** Jennifer Hogan <jennifer@kerrsimpsonlaw.com>
**Sent:** Friday, December 12, 2025 10:59:01 AM
**To:** John A. Fortin <jfortin@mcdonaldcarano.com>; Rory T. Kay <rkay@mcdonaldcarano.com>; Leah Jennings <ljennings@mcdonaldcarano.com>; Kiley A. Harrison <kharrison@Mcdonaldcarano.com>
**Cc:** George Robinson <george@kerrsimpsonlaw.com>
**Subject:** Request for an extension of time

Good morning,

Please see the attached Stip. to Extend Reply deadline. If this looks ok, can I use your e-signature.

Thank you,

*Jennifer Hogan, Paralegal*
Kerr Simpson Attorneys at Law
2900 W. Horizon Ridge Pkwy, Suite 200
Henderson, NV 89052
P: (702) 451-2055
F: (702) 451-2077