**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

MELISSA HUTCHISON,

               Plaintiff,

    vs.

ETHICAL CAPITAL PARTNERS, *et al.*,

          Defendants.

Case No.: 2:24-cv-00673-GMN-BNW

**ORDER ADOPTING R&R AND GRANTING MOTION TO DISMISS**

Pending before the Court is the Report and Recommendation ("R&R") by Magistrate Judge Weksler, (ECF No. 75), recommending that Defendant Aylo Premium Ltd.'s ("Aylo") Motion to Dismiss be granted.  Plaintiff Melissa Hutchison[1] filed an untimely Objection, (ECF No. 78), to which Aylo filed a Response.  Also pending before the Court is Aylo's Motion to Dismiss, (ECF No. 58).  Plaintiff filed a Response, (ECF No. 64), to which Aylo replied, (ECF No. 66).

A party may file specific written objections to the findings and recommendations of a United States Magistrate Judge made under Local Rule IB 1-4. 28 U.S.C. § 636(b)(1)(B); D. Nev. R. IB 3-2.  Upon the filing of such objections, the Court must make a de novo determination of those portions to which objections are made. *Id.*  The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); D. Nev. R. IB 3-2(b).  Where a party fails to object, however, the Court is not required to conduct "any review at all . . . of any issue that is not the subject of an

---

[1] In her prior Complaints, Plaintiff referred to herself as Melissa "Hutchison."  Plaintiff refers to herself as Melissa "Hutchison" in the case caption of the Second Amended Complaint, but changed the spelling of her last name to "Hutchinson" in the body of the Second Amended Complaint.  Because Plaintiff has not moved to correct the case caption, the Court refers to her as "Hutchison."

objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985) (citing 28 U.S.C. § 636(b)(1)).  Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's R&R where no objections have been filed. *See, e.g.*, *United States v. Reyna–Tapia*, 328 F.3d 1114, 1122 (9th Cir. 2003).

Local Rule IB 3-2 states: "The deadline to file and serve any objections to a magistrate judge's findings and recommendations is 14 days after service of the findings and recommendations."  Magistrate Judge Weksler's R&R is dated February 2, 2026. (R&R, ECF No. 75).  Any objections were therefore due on February 16, 2026. *See* LR IB 3-2.  Thus, Plaintiff's Objection filed on February 24, 2026, is untimely and is therefore STRICKEN. LR IC 7-1 ("The court may strike documents that do not comply with these rules.").[2]

Because the Objection is stricken, the R&R is considered unobjected to, and the Court ACCEPTS and ADOPTS IN FULL Magistrate Judge Weksler's R&R.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Objection, (ECF No. 78), is **STRICKEN**.

**IT IS FURTHER ORDERED** that Magistrate Judge Weksler's R&R, (ECF No. 75), is **ACCEPTED AND ADOPTED IN FULL**.

**IT IS FURTHER ORDERED** that Defendant Aylo Premium Ltd.'s Motion to Dismiss, (ECF No. 58), is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendant Aylo Premium Ltd. is **DISMISSED** as a party to this action with prejudice for lack of personal jurisdiction.

**DATED** this ___9___ day of March, 2026.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

---

[2] Plaintiff did not proffer any reason or excuse for her untimely filing.